1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

ANTHONY JOSEPH WHITE,

        Plaintiff,

     vs.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:13-cv-02630-AC

STIPULATION AND ORDER FOR AN
EXTENSION OF TIME

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended for 30 days until November 14, 2014.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defense counsel needs additional time to further review the file and prepare a response in this matter due to a heavy workload, including several other district court cases as well as two Ninth Circuit cases, despite due diligence.

The parties further stipulate that the remaining dates in the Court's Scheduling Order shall be modified accordingly.

Defense counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICE OF RICHARD WHITAKER

Dated:  October 15, 2014

*/s/ Lynn Harada for Richard Allen Whitaker\**__
(*as authorized via telephone on 10/15/14)
RICHARD ALLEN WHITAKER
Attorney for Plaintiff

Dated: October 15, 2014

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By:     /s/  *Lynn Harada*
         LYNN HARADA
         Special Assistant U.S. Attorney

         Attorneys for Defendant

ORDER:

APPROVED AND SO ORDERED:

DATE: October 17, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE