# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOSEPH WHITE,<br><br>   Plaintiff,<br><br> vs.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.: 2:13-cv-02630-AC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

  IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended for 30 days until December 15, 2014.  This is Defendant's second request for an extension of time to respond to Plaintiff's motion.  Defendant needs additional time to properly address the issues raised in Plaintiff's Motion for Summary Judgment and respectfully requests this extension due to a heavy workload, including several other district court cases and a Ninth Circuit case, despite due diligence.

  The parties further stipulate that the remaining dates in the Court's Scheduling Order shall be modified accordingly.

1 | Defense counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

LAW OFFICE OF RICHARD WHITAKER

Dated: November 14, 2014   */s/ Lynn Harada for Richard Allen Whitaker*__
(*as authorized via email on 11/14/14)
RICHARD ALLEN WHITAKER
Attorney for Plaintiff

Dated: November 14, 2014   BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ Lynn Harada
LYNN HARADA
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER:

APPROVED AND SO ORDERED:

DATED: November 14, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE